UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-04912 |
| | ) |
| SALLY M. ROWAN, | ) Chapter 7 |
| | ) |
| Debtor. | ) HONORABLE Janet S. Baer |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC. | ) Motion No. |
| | ) |
| Movant, | ) |

## NOTICE OF MOTION ON MOTION TO MODIFY STAY

TO:   Debtor, Debtor's Counsel, Trustee, U.S. Trustee

Please take notice that on March 31, 2014 at 9:30 a.m. the undersigned will

bring the attached motion to modify the automatic stay and request for immediate

effectiveness under Rule 4001, for hearing before the Honorable Janet S. Baer,

Bankruptcy Courtroom, U.S. Bankruptcy Court for the Northern District of Illinois,

Eastern Division, Courtroom 615, 219 South Dearborn Street, Chicago, Illinois 60604.

/s/ David G. Wasinger
David G. Wasinger, ARDC #06200269
James S. Cole, ARDC #06314940
The Wasinger Law Group, P.C.
1401 South Brentwood Boulevard, Ste. 875
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance,
Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-04912 |
| | ) |
| SALLY M. ROWAN, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) Honorable Janet S. Baer |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| SALLY M. ROWAN, | ) |
| Debtor, | ) |
| | ) |
| and | ) |
| | ) |
| EUGENE CRANE, | ) |
| Trustee, | ) |
| | ) |
| Respondents. | ) |

## MOTION TO MODIFY AUTOMATIC STAY
## BY VANDERBILT MORTGAGE AND FINANCE, INC.

Vanderbilt Mortgage and Finance, Inc. ("Vanderbilt"), respectfully states as follows:

1. Vanderbilt is the owner and holder of an Adjustable Rate Note ("Note") executed by Debtor, Sally M. Rowan ("Debtor"), a copy of which is attached hereto as Exhibit A and incorporated herein by reference.

2. Pursuant to a Mortgage, Vanderbilt was granted a security interest in certain real property commonly known and numbered as 3541 West Walnut Street, Chicago, Illinois 60624 and all fixtures thereon (the "Property").

3. Vanderbilt's security interest was duly perfected by the recording of the Mortgage and the document evidencing perfection is marked as Exhibit B and incorporated herein by reference.

4. The Note was endorsed in blank, and Vanderbilt has possession of the original thereof.

5. Debtor has defaulted in her obligations under the Note in the amounts shown in the attached Statement of Default.

6. The secured claim of Vanderbilt is approximately $189,967.05.

7. The value of the Property is approximately $117,774.00.

8. Cause exists for modifying the automatic stay, in that Debtor has failed to make payments to Vanderbilt, and Debtor may not have maintained insurance on the Property.

9. There is no equity in the Property and such Property is not necessary for an effective reorganization.

10. Vanderbilt is entitled to immediate relief because the uncertainty of insurance coverage puts the collateral as risk, and Debtor has no means of providing adequate protection.

WHEREFORE, Vanderbilt Mortgage and Finance, Inc. prays this Court enter its Order modifying the automatic stay pursuant to 11 U.S.C. § 362(d), immediately without any delay or stay under Rule 4001(a)(3) or otherwise, and for such other orders as the Court deems just and proper.

/s/ David G. Wasinger
David G. Wasinger, ARDC #06200269
James S. Cole, ARDC #06314940
The Wasinger Law Group, P.C.
1401 South Brentwood Boulevard, Ste. 875
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-04912 |
| | ) |
| SALLY M. ROWAN, | ) Chapter 7 |
| | ) |
| Debtor. | ) Honorable Janet S. Baer |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC., | ) Motion No. |
| | ) |
| Movant, | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that he served the foregoing Motion to Modify

Automatic Stay and Notice of Hearing on Motion to Modify Stay by depositing a true

copy of same in the U.S. Mail, first-class postage prepaid, addressed to the following,

on the 13th day of March, 2014:

Sally M. Rowan
5066 West Gladys
Chicago, IL   60644

Paul O. Otubusin
Attorney for Debtor
77 West Washington Street, Ste. 1204
Chicago, IL   60602

Eugene Crane, Trustee
135 S. LaSalle, Ste. 3705
Chicago, IL   60603

/s/ David G. Wasinger

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-04912 |
| | ) |
| SALLY M. ROWAN, | ) Chapter 7 |
| | ) |
| Debtor. | ) Motion No. |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| SALLY M. ROWAN, | ) |
| Debtor, | ) |
| | ) |
| and | ) |
| | ) |
| EUGENE CRANE, | ) |
| Trustee, | ) |
| | ) |
| Respondents. | ) |

### ORDER MODIFYING AUTOMATIC STAY ON
### MOTION OF VANDERBILT MORTGAGE AND FINANCE, INC.

The Court has considered the record and determined that cause exists, and that

Movant is otherwise entitled to the relief requested in this motion.  Therefore

IT IS ORDERED that Movant has a valid, perfected security interest in the

Property set forth in its Motion and after herein described in more detail; that Movant's

request for relief from the automatic stay is granted; that Movant may enforce its rights,

immediately without any delay or stay under Rule 4001 or otherwise, against the

Property described as:   certain real property commonly known and numbered as 3541

West Walnut Street, Chicago, Illinois 60624 and all fixtures thereon pursuant to the

terms and conditions of its security instrument and applicable non-bankruptcy law; and

that for such purpose, the automatic stay of 11 U.S.C. §362 is terminated as to the

Property.


Dated: _____          _____

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| InRe: | ) | |
| | ) | Case No. 14-04912 |
| SALLY M. ROWAN | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

REQUIRED STATEMENT TO ACCOMPANY
<u>ALL MOTIONS TO MODIFY STAY</u>

All Cases: Debtor(s)__Sally M. Rown__ Case No.__14-04912__ Chapter_7_

All Cases: Moving Creditor __Vanderbilt Mortgage and Finance, Inc.__ Date Case Filed __February 17, 2014__

Nature of Relief Sought: ■ Lift Stay      □ Annul Stay      □ Other (describe)_____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: _____ No-Asset Report Filed on _____
___X__ No-Asset Report not Filed, Date of Creditors Meeting __March 18, 2014__

1.   Collateral
  a.   Home _____
  b.   Car   Year, Make and Model _____
  c.   Other (describe) __certain real property commonly known and numbered as 3541 West Walnut Street, Chicago, Illinois 60624 and all fixtures thereon__

2.   Balance Owed as of Petition Date $__189,967.05__
     Total of all other Liens against Collateral $____

3.   In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.   Estimated Value of Collateral (must be supplied in all cases) $__117,774.00__

4.   Default
  a.   Pre-Petition Default
       Number of months __5__              Amount $_6,729.95_

  b.   Post-Petition Default
       i.   On direct payments to the moving creditor
            Number of months __1__       Amount $__1,345.99__

       ii.  On payments to the Standing Chapter 13 Trustee
            Number of months _____    Amount $_____

5.   Other Allegations
  a.   Lack of Adequate Protection § 362(d)(1)
       i.   No insurance _____
       ii.  Taxes unpaid _____            Amount $_____
       iii. Rapidly depreciating asset __X__
       iv.  Other (describe) _____

  b.   No Equity and not Necessary for an Effective Reorganization § 362(d)(2) __X__

  c.   Other "Cause" § 362(d)(1) _____
       i.   Bad Faith (describe) _____
       ii.  Multiple filings _____
       iii. Other (describe) _____

  d.   Debtor's Statement of Intention regarding the Collateral
       i.   □ Reaffirm              ii.   □ Redeem
       iii. ■ Surrender            iv.   □ No Statement of Intention Filed

Date: March 13, 2014              /s/ David G. Wasinger
                                  Counsel for Movant